HOME TRUST CO. OF NEW YORK, Respondent, v. COLLINS et al., Appellants. (Su-

preme Court, Appellate Division, Second Department. November 28, 1911.) Action by the Home Trust Company of New York against Georgia L. Collins, interpleaded, etc.

PER CURIAM. Motion denied, without costs, on condition that appellants perfect their appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.